ORIGINAL

FILED
U.S. DISTRICT COU
SAVANNAH DIV.

2006 AUG 18 AM 9: 1

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRIAN JACK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CV405-195 |
| | ) | |
| KEVIN ROBERTS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

Petitioner has filed for a petition for writ of habeas corpus under 28 U.S.C. § 2254. Doc. 1. Respondents have filed an answer. Doc. 6. For the reasons that follow, the Court recommends that the petition be DENIED.

## I.    Background

On March 25, 1998, a Chatham County grand jury indicted petitioner on four counts of aggravated assault, three counts of possession of a firearm during the commission of a felony, and one count of reckless driving, fighting words, aggravated battery, reckless conduct, and discharging a gun near a street. Resp. Ex. 2, at 21-24. A jury convicted petitioner on three

counts of aggravated assault, two counts of possession of a firearm during the commission of a felony, and the remaining counts of fighting words, aggravated battery, reckless conduct, and discharging a gun near a street. Id. at 571-574.   Petitioner was sentenced to a total of twenty years' imprisonment.  Id. at 577.

Petitioner pursued a direct appeal in the Georgia Court of Appeals, contending that: (1) the trial court violated the rule of sequestration by allowing a detective to remain in the courtroom during the trial; (2) the trial court erred by failing to give petitioner's requested jury charge on justification; (3) the trial court erred by improperly admitting evidence of a liquor bottle found in petitioner's jacket; (4) the trial court erred by admitting an illegally obtained custodial statement; (5) the evidence was insufficient to support his convictions; and (6) trial counsel was ineffective. Resp. Ex. 3, at 5.  The court of appeals affirmed petitioner's convictions and sentences on June 22, 2000.  Jack v. State, 536 S.E.2d 235 (Ga. App. 2000).

Petitioner filed an application for habeas relief in the Charlton County Superior Court on November 27, 2001.  Resp. Ex. 1, at 2.  Petitioner's application was transferred to the Calhoun County Superior Court