FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV 15  AM II: II

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN JACK,                        )
                                   )
        Petitioner,                )
                                   )
vs.                                )      CASE NO. CV405-195
                                   )
KEVIN ROBERTS, Warden              )
                                   )
        Respondent.                )
                                   )

O R D E R

Before the Court are the Report and Recommendation of the Magistrate Judge (Doc. 11), Petitioner's Objections (Doc. 14), and Petitioner's Motion to Expand/Supplement the Record (Doc. 13). The Motion to Expand/Supplement the Record is **GRANTED**, and the Court has considered these materials in conducting a de novo review of the record in this case.

However, after a careful consideration, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Report and Recommendation is adopted as the opinion of the Court.

SO ORDERED this _____ day of November, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA